# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAMARIS GARCIA HERNANDEZ,**

      **Plaintiff,**

**v.**                                      **Case No:   6:13-cv-1532-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 17)**
>
> **FILED:**     **June 23, 2014**

On October 3, 2013, Plaintiff Damaris Garcia Hernandez, on behalf of N.R.R., a minor child, filed a complaint in this case seeking review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application submitted on behalf of N.R.R. for supplemental security income benefits under the Supplemental Security for the Aged, Blind, and Disabled Program ("SSI"), 42 U.S.C. § 1381 *et seq.* Doc. No. 1. The Commissioner filed an answer on February 3, 2014. Doc. No. 14. The Commissioner has not asserted any counterclaims against Plaintiff.

On June 23, 2014, Plaintiff filed the above-referenced motion requesting that this action be dismissed with prejudice.  Doc. No. 17.  The motion represents that it is unopposed and that the parties agree that they will "be responsible for their own costs associated with this action."  *Id.* at 1.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), I **RESPECTFULLY RECOMMEND** that the Court **GRANT** Plaintiff's Uncontested Motion to Dismiss (Doc. No. 17) and **DISMISS** Plaintiff's case **with prejudice**, with each party to bear their own fees and costs associated with this action.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 24, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy