UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAMARIS GARCIA HERNANDEZ,**

      **Plaintiff,**

**v.**                                       **Case No:  6:13-cv-1532-Orl-41KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

_____/

### ORDER

THIS CAUSE came before the Court upon Plaintiff's Uncontested Motion to Dismiss (Doc. 17).    After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation prepared by the United States Magistrate and filed on June 23, 2014 (Doc. 18).  The Report and Recommendation is hereby **ADOPTED** and **CONFIRMED** and incorporated into this Order.  The Plaintiff's Complaint (Doc. 1) is hereby dismissed with prejudice and each party shall bear their own fees and costs associated with this action.  The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Orlando, Florida, on July 16, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties